507 A.2d 368

**The TOWNSHIP OF RIDLEY, Respondent,**

**v.**

**RIDLEY ARMS, INC. and Leonard Klorfine t/a Ridley Brook Associates, Petitioner.**

Supreme Court of Pennsylvania.

March 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 51 E.D. Appeal Docket 1986.